IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Centra's Motion for Summary Judgment Dismissing the Action [# 60], filed September 22, 2005.  The Court notes that this action was stayed on March 2, 2004, by request of the parties.  The parties, by motion filed February 27, 2004, requested that the proceedings be stayed pending the United States Patent and Trademark Office's consideration of Defendant Centra's request for reexamination of the patents that are at issue in this case.  Because this action has been stayed and because no party has filed a motion to lift the stay, I find that Defendant's Motion for Summary Judgment is inappropriate at this time and should be denied without prejudice.  Accordingly, it is

ORDERED that Defendant Centra's Motion for Summary Judgment Dismissing the Action is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that the parties shall meet and confer and file a Joint Status Report by **Monday, August 7, 2006**, advising the Court of the status of this matter, including the status of the United States Patent and Trademark Office's

-2-

consideration of Defendant Centra's request for reexamination of the patents.

Dated: July 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge