IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff EdiSync Systems LLC and Defendant Centra Software, Inc.'s Joint Status Report [# 68], filed August 7, 2006.  The Court notes that this action was stayed on March 2, 2004, by request of the parties and is still stayed.  The parties suggest that another Joint Status Report be filed in six months, and I find that this is an appropriate course of action.  Accordingly, it is

ORDERED that the parties shall meet and confer and file a Joint Status Report by **Monday, February 12, 2007**, advising the Court of the status of this matter.

    Dated:  August 8, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge