IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

     Plaintiff(s),

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

     Defendant(s).
_____

## ORDER OF ADMINISTRATIVE CLOSURE
_____

THIS MATTER comes before the Court upon review of the file.  On August 13, 2007, the parties submitted a status report to the Court indicating that this action is stayed pending the outcome of the requested reexamination of the '320 and '965 Patents by the United States Patent Office.  Since the length of the requested reexamination of the Patents is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:  April 24, 2008

                    BY THE COURT:


                    s/ Wiley Y. Daniel_____
                    Wiley Y. Daniel
                    U. S. District Judge