IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff(s),

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendant(s).
_____

**ORDER REOPENING CASE**
_____

    THIS MATTER comes before the Court upon a Motion to Reopen Proceedings, filed by Plaintiff on February 2, 2009 [#75]. Plaintiff filed their Complaint in this case on August 19, 2003, alleging infringement of U.S. Patents Nos. 6,411,965 ("'965 Patent") and 5,799,320 ("'320 Patent"). On August 13, 2007, the parties submitted a status report to the Court indicating that this action is stayed pending the outcome of the requested reexamination of the Patents by the United States Patent and Trademark Office ("PTO"). Given that the length of the requested reexamination of the Patents was uncertain, on April 24, 2008, the Court entered an order that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

    In the Motion to Reopen Proceedings, Plaintiff states that on January 23, 2009, the PTO issued a Notice of Intent to Issue Reexamination Certificate for the '320 Patent, that the reexamined patent will be published by the PTO within a matter of weeks, and that the Notice of Intent sets forth the claims of the '320 Patent that are still valid and

subject to being pursued against potential infringers.  Plaintiff further notes that the '965 Patent is no longer valid and will not be a further subject of this litigation.  Plaintiff requests that the case be re-opened and that a status conference be scheduled as soon as possible to address setting new deadlines and moving the case forward.  Defendant has indicated that it agrees the case should be re-opened, but only for the limited purpose of deciding a renewed motion for summary judgment, which it intends to file.

Upon review of the Motion to Reopen and the file in this matter, I find that the Plaintiff has established good cause for re-opening this case.  I also find that a status conference would be helpful so that the Court can ascertain the status of discovery and other pretrial matters.  Therefore, it is hereby

ORDERED that the Motion to Reopen Proceedings, filed February 2, 2009 [#75] is **GRANTED** and the Clerk of the Court shall reopen this case.  It is

FURTHER ORDERED that a Status Conference in this case shall take place on **Wednesday, March 4, 2009, at 11:00 a.m.**

February 13, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Judge