IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

---

| Courtroom Deputy: | Robert R. Keech | Date: | March 4, 2009 |
|---|---|---|---|
| E.C.R./Reporter: | Therese Lindblom | | |

---

| Civil Action No: **03-cv-01587-WYD-MEH** | <u>Counsel:</u> |
|---|---|
| **EDISYNC SYSTEMS, LLC**, | Gregory S. Tamkin |
| | Tucker K. Trautman |
| Plaintiff, | |
| v. | |
| **CENTRA SOFTWARE, INC., et al.**, | James J. Foster |
| Defendants. | |

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**11:10 a.m.**   Court in Session

APPEARANCES OF COUNSEL. James J. Foster appears via telephone.

Court's opening remarks.

Defendants' Motion for Summary Judgment Dismissing the Action [doc. #77], filed February 19, 2009, is raised for argument.

11:19 a.m.   Argument by Defendants (Mr. Foster).

11:24 a.m.   Argument by Plaintiff (Mr. Tamkin).

11:30 a.m.   Argument by Defendants (Mr. Foster).

**ORDERED:**   Defendants' Motion for Summary Judgment Dismissing the Action [doc. #77], filed February 19, 2009, is **STRICKEN.**

**ORDERED:** Parties shall file proposed scheduling order not later than **Friday, March 13, 2009.**

**ORDERED:** Scheduling conference is set for **Thursday, April 9, 2009, at 8:30 a.m., in courtroom A-1002.**

**11:43 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:33**