IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to Participate in the April 9, 2009, Scheduling Conference Via Telephone, filed April 6, 2009 [#85], is **GRANTED**.

    April 6, 2009