IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2009.**

    The Joint Motion for Entry of Stipulated Protective Order [filed August 31, 2009; docket #102] is **granted**.  The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.