IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Withdraw Motion to Lift Stay of Proceedings, filed April 18, 2011 [ECF No. 148] is **GRANTED**.  The Motion to Lift Stay of Proceedings, filed March 25, 2011 [ECF No. 147] is **WITHDRAWN**, with leave to refile.

    Dated:  April 18, 2011.