IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

      Plaintiff,

v.

CENTRA SOFTWARE, INC.,

      Defendant.
_____

## ORDER LIFTING STAY
_____

THIS MATTER comes before the Court upon an Unopposed Motion to Lift Stay of Proceedings, filed by Plaintiff on August 15, 2011 [ECF No. 153].

Plaintiff filed its Complaint in this case on  August 19, 2003, alleging infringement of U.S. Patent No. 5,799,320 ("'320 Patent").  On June 13, 2011, the parties submitted a status report to the Court indicating that the United States Patent and Trademark Office ("PTO") had issued an Advisory Action on May 27, 2011 that maintained its finding of unpatentability for some claims, and left other pending claims as patentable.  As Plaintiff had recently filed a Notice of Appeal with the Board of Appeals and Patent Interferences (BPAI), it did not move to lift the stay in this case at that time.

Plaintiff has now informed the Court that on August 9, 2011, the USPTO issued a Notice of Intent to Issue Ex Parte Reexamination Certificate for the '320 patent.  Consequently Plaintiff moves to have the stay of this action lifted so that the case may proceed.  It states that Defendant does not oppose that action.

Upon review of the Motion to Lift Stay and the file in this matter, I find that the

Plaintiff has established good cause for re-opening this case.  I also find that a status conference would be helpful so that the Court can ascertain the status of discovery and other pretrial matters.  Therefore, it is hereby

ORDERED that the Unopposed Motion to Lift Stay of Proceedings, filed on August 15, 2011 [ECF No. 153]  is **GRANTED** and the Clerk of the Court shall reopen this case. It is

FURTHER ORDERED that the parties shall file a joint status report on or before **September 12, 2011** that provides each party's perspective on what should happen next in the case. It is

FURTHER ORDERED that a Status Conference in this case shall take place on Monday, September 19, 2011, at 3:00 p.m. in Courtroom A-1002.

Dated:  August 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge