IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

      Plaintiff(s),

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

      Defendant(s).

_____

## AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

      Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b),

and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Michael E. Hegarty is

designated to conduct proceedings in this civil action as follows:

    ( )    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a
            scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    ( )    Conduct such status conferences and issue such orders necessary for
            compliance with the scheduling order, including amendments or
            modifications of the scheduling order upon a showing of good cause.

    (X)    Convene such settlement conferences and directly related procedures as
            may facilitate resolution of this case.

    (X)    Hear and determine pretrial matters, including discovery and other
            non-dispositive motions.

    ( )    Conduct hearings, including evidentiary hearings, and submit proposed
            findings of fact and recommendations for rulings on dispositive motions.

    ( )    Conduct a pretrial conference and enter a pretrial order.

      IT IS ORDERED that this civil action is referred to the named magistrate judge to

proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.

Dated:  September 27, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE