IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,
CENTRA SOFTWARE, LLC,
SABA SOFTWARE, INC.,
FEDEX OFFICE AND PRINT SERVICES, INC.,
HOME DEPOT, INC.,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
WYNDHAM WORLDWIDE CORPORATION,
AUTOMATIC DATA PROCESSING, INC., and
GRANT THORNTON LLP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2011.**

    The Joint Motion for Entry of Stipulated Supplemental Protective Order [filed November 11, 2011; docket #173] is **denied without prejudice**. The parties failed to submit a copy of the proposed order in usable format to this Court. Thus, on November 14, 2011, the Court contacted the parties via email requesting a copy of the proposed order in a usable format. As of this date, the parties have not responded. Absent a copy of the proposed order in either Word or WordPerfect format, the Court will not enter any protective order in this case.