IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

      Plaintiff,

v.

CENTRA SOFTWARE, INC.,
CENTRA SOFTWARE, LLC,
SABA SOFTWARE, INC.,
FEDEX OFFICE AND PRINT SERVICES, INC.,
HOME DEPOT, INC.,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
WYNDHAM WORLDWIDE CORPORATION,
AUTOMATIC DATA PROCESSING, INC., and
GRANT THORNTON LLP,

      Defendants.

---

## STIPULATED SUPPLEMENTAL PROTECTIVE ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

Good cause having been shown in support of the entry of a supplemental protective order to protect computer source code produced in this case, IT IS HEREBY ORDERED:

22.     All provisions of the September 1, 2009, Stipulated Protective Order shall remain in effect to the extent they are not inconsistent with this Stipulated Supplemental Protective Order.

23.     A lawyer or any person under direct control of a lawyer acting on behalf of a party or any third party subject to discovery in The Litigation  may designate any computer code as "Confidential - Source Code."

24.     All materials designated as "Confidential - Source Code" shall be subject to the same restrictions as those provided for materials designated as "Confidential," and shall also be subject to the following additional restrictions:

(a)      such materials shall be accessed and viewed only on a standalone computer that is located at the offices of outside counsel and that is not connected to a network; and

(b)      such materials shall not be duplicated or reproduced from the original form in which they are produced other than as necessary to view the materials using a standalone computer as specified in subsection (a) of this paragraph; for example, if they are produced on a CD-ROM or DVD disc, the disc may be inserted into the computer to view the materials, but the contents of the disc shall not be copied to the computer's hard drive or printed.

Dated and entered at Denver, Colorado, this 14th day of December, 2011.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| /s Tucker K. Trautman<br><br>Tucker K. Trautman<br>Gregory S. Tamkin<br>Dorsey & Whitney LLP<br>1400 Wewatta Street, Suite 400<br>Denver, CO  80202<br>Telephone: 303-629-3400<br>Email:trautman.tucker@dorsey.com<br>Email:tamkin.greg@dorsey.com<br>**Attorneys for Plaintiff EdiSync Systems LLC** | /s Robert M. Abrahamsen<br>James J. Foster<br>Robert M. Abrahamsen<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Telephone: 617-646-8000<br>Email: jfoster@wolfgreenfield.com<br>Email: rabrahamsen@wolfgreenfield.com<br>**Attorneys for Centra Software Inc.; Centra Software, LLC; Saba Software, Inc.; FedEx Office and Print Services, Inc.; Home Depot, Inc.; Wyndham Worldwide Corporation; Grant Thornton LLP; and International Business Machines Corporation** |
| s/ Rochelle D. Alpert<br>Rochelle D. Alpert<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: 415-442-1000<br>Email:  ralpert@morganlewis.com<br>**Attorneys for Defendant Automatic Data Processing, Inc**. | Clay C. James<br>Srecko Vidmar<br>Hogan Lovells US LLP<br>One Tabor Center, Suite 1500<br>1200 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone: (303) 454-2486<br>Fax: (303) 899-7333<br>E-mail: clay.james@hoganlovells.com<br><br>**Attorneys for Defendant International Business Machines Corporation** |