IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

      Plaintiff,

v.

CENTRA SOFTWARE, INC.;
CENTRA SOFTWARE, LLC;
SABA SOFTWARE, INC.;
FEDEX OFFICE AND PRINT SERVICES, INC.;
HOME DEPOT, INC.;
INTERNATIONAL BUSINESS MACHINES CORPORATION;
WYNDHAM WORLDWIDE CORPORATION;
GRANT THORNTON LLP; and
AUTOMATIC DATA PROCESSING, INC.,

      Defendants.

---

## ORDER DISMISSING PARTIES

---

THIS MATTER comes before the Court on the Parties' Stipulated Motion Regarding Dismissal of Customer Defendants, filed February 16, 2012 [ECF No. 220]. In their motion, the Parties reference various agreements set forth in a Stipulation filed with the Court and request that the Court accept those agreements and dismiss the Customer Defendants without prejudice.  Because the Motion states good cause to dismiss Plaintiff's claims against those Defendants, it is hereby

ORDERED that the Parties' Stipulated Motion Regarding Dismissal of Customer Defendants, filed February 16, 2012 [ECF No. 220], is **GRANTED.**  It is further

ORDERED that, pursuant to Fed.R.Civ.P. 41(a), Plaintiff Edisync Systems LLC's claims against Defendants Fedex Office And Print Services, Inc.;  Home Depot, Inc.;

International Business Machines Corporation;  Wyndham Worldwide Corporation;

Grant Thornton LLP;  and Automatic Data Processing, Inc., are **DISMISSED WITHOUT**

**PREJUDICE**.  It is further

ORDERED that future filings in this action shall omit FEDEX OFFICE AND

PRINT SERVICES, INC.;  HOME DEPOT, INC.;  INTERNATIONAL BUSINESS

MACHINES CORPORATION;  WYNDHAM WORLDWIDE CORPORATION;  GRANT

THORNTON LLP; and  AUTOMATIC DATA PROCESSING, INC. from the caption.  It is

FURTHER ORDERED that the Defendants Motion to Dismiss, or, in the

Alternative, to Sever and Stay Proceedings Against Customers, filed November 16,

2011 [ECF No. 175] is **DENIED AS MOOT**.

Dated:  February 21, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE