IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Joint Motion to Amend Scheduling Order, filed April 3, 2012 [ECF No. 234] is **GRANTED** as set forth therein.

    Dated:  April 3, 2012.