IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

      Plaintiff,

v.

CENTRA SOFTWARE, INC.,
CENTRA SOFTWARE, LLC,
SABA SOFTWARE, INC.,
FEDEX OFFICE AND PRINT SERVICES, INC.,
HOME DEPOT, INC.,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
WYNDHAM WORLDWIDE CORPORATION,
AUTOMATIC DATA PROCESSING, INC., and
GRANT THORNTON LLP,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2012.**

      Pending before the Court is a Letter Requesting Rescheduling of Hearing on Motion Currently Set for May 21, 2012 [filed May 11, 2012; docket #246], which Chief Judge Daniel construed as a Motion [*see* docket #247]. The Motion is **granted in part** and **denied in part** as follows. The hearing set in this case for May 21, 2012, is hereby **vacated** and **rescheduled** for **May 30, 2012**, at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If counsel choose to do so, they may appear telephonically at the hearing by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.