IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,
CENTRA SOFTWARE, LLC,
SABA SOFTWARE, INC.,
FEDEX OFFICE AND PRINT SERVICES, INC.,
HOME DEPOT, INC.,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
WYNDHAM WORLDWIDE CORPORATION,
AUTOMATIC DATA PROCESSING, INC., and
GRANT THORNTON LLP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 11, 2012.**

    The Joint Motion to Vacate Further Proceedings Regarding EdySync's Motion to Compel [filed June 8, 2012; docket #255] is **granted**. The parties represent that they have resolved the remaining fee dispute; thus, the Court will refrain from awarding Plaintiff any additional fees or costs requested its Motion to Compel [docket #237]. All further proceedings related to the Motion to Compel [docket #237] are hereby vacated.