IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Third Joint Motion to Amend Scheduling Order filed June 27, 2012.  The Court, having reviewed the motion and finding good cause therefore,

    ORDERS that the Third Joint Motion to Amend Scheduling Order (ECF No. 259) is **GRANTED**.  In accordance therewith, it is

    ORDERED that the deadline for designating all affirmative experts (i.e., experts for issues on which a party bears the burden of proof) and providing Rule 26(a)(2) disclosures for such experts, as set forth in paragraph 8(h)(3) of the Scheduling Order, as amended by the Court's Minute Order of May 3, 2012, is **Friday, August 10, 2012**.  It is

    FURTHER ORDERED that the deadline for designating all rebuttal experts and providing Rule 26(a)(2) disclosures for such experts, as set forth in paragraph 8(h)(4) of the Scheduling Order, as amended, is **Friday, September 7, 2012**.  It is

FURTHER ORDERED that the fact and expert discovery deadline, as set forth in paragraph 8(i) of the Scheduling Order, as amended, is **Wednesday, October 3, 2012**. It is

FURTHER ORDERED that the dispositive motions deadline, as set forth in paragraph 8(j) of the Scheduling Order, as amended, is **Friday, October 19, 2012**. Finally, it is

ORDERED that the Final Pretrial Conference, currently scheduled for Monday, August 27, 2012, at 9:30 a.m., is **VACATED** and **RESET** to **Friday, November 30, 2012, at 9:00 a.m.**

Dated: July 2, 2012

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge