IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.,
CENTRA SOFTWARE, LLC,
SABA SOFTWARE, INC.,
FEDEX OFFICE AND PRINT SERVICES, INC.,
HOME DEPOT, INC.,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
WYNDHAM WORLDWIDE CORPORATION,
AUTOMATIC DATA PROCESSING, INC., and
GRANT THORNTON LLP,

    Defendants.

## AMENDED STIPULATED SUPPLEMENTAL PROTECTIVE ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Good cause having been shown in support of the entry of a supplemental protective order to protect computer source code produced in this case, IT IS HEREBY ORDERED:

22. All provisions of the September 1, 2009, Stipulated Protective Order (ECF No. 105) shall remain in effect to the extent they are not inconsistent with this Stipulated Supplemental Protective Order.

23. A lawyer or any person under direct control of a lawyer acting on behalf of a party or any third party subject to discovery in The Litigation may designate any computer code as "Confidential - Source Code."

-2-

24. All materials designated as "Confidential - Source Code" shall be subject to the same restrictions as those provided for materials designated as "Confidential," and shall also be subject to the following additional restrictions:

(a) such materials shall be accessed and viewed only on a standalone computer that: (a) is located at the offices of outside counsel, the business location of either party's expert witness(es), the location of any deposition(s) of either party's expert(s) and/or Saba's designated representative(s), the location of any mediation/arbitration or alternative dispute resolution proceeding(s), and/or in any court; and (b) is not connected to a network; and

(b) such materials shall not be duplicated or reproduced from the original form in which they are produced other than as necessary to view the materials using a standalone computer (including one or more display monitors connected thereto) as specified in subsection (a) of this paragraph; for example, if they are produced on a CD-ROM or DVD disc, the disc may be inserted into the computer to view the materials, but the contents of the disc shall not be copied to the computer's hard drive or printed.  Notwithstanding the foregoing, outside counsel may reproduce a single copy in printed form, using a non-networked printer connected to a stand-alone computer of the type specified in paragraph (a) above, of those segments of such materials as they deem necessary for purposes of this litigation and may use that single copy as a deposition exhibit or otherwise for the purposes of this litigation, provided such single copy is not scanned or otherwise converted to an electronic form (e.g., a PDF document) and remains at all times in the custody of outside counsel.  Outside counsel shall only make additional paper copies of those segments of such materials as such additional copies are necessary to prepare court filings, pleadings, or other papers (including a testifying expert's expert report) and the

receiving party must provide notice to the producing party before including "Confidential-Source Code" information in any court filing, pleading or expert report.

Dated at Denver, Colorado, this 18th day of July, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

APPROVED July 17, 2012:

*s/ Tucker K. Trautman*
Tucker K. Trautman
Gregory S. Tamkin
John T. Kennedy
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO  80202
Telephone: 303-629-3400
Email: trautman.tucker@dorsey.com
Email: tamkin.greg@dorsey.com
Email: kennedy.john@dorsey.com
**Attorneys for Plaintiff EdiSync Systems LLC**

*s/ Robert M. Abrahamsen*
James J. Foster
Robert M. Abrahamsen
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: 617-646-8000
Email: jfoster@wolfgreenfield.com
Email: rabrahamsen@wolfgreenfield.com
**Attorneys for Defendants Centra Software Inc.; Centra Software, LLC; and Saba Software, Inc.**