IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

    Defendants.

---

## **ORDER**

---

    THIS MATTER is before the Court on the parties' Fourth Joint Motion to Amend Scheduling Order (ECF No. 265), filed July 27, 2012.  Therein, the parties jointly ask the Court to amend the scheduling order in this case, which was last amended on July 2, 2012 (ECF No. 260).  The Court having reviewed the motion and finding good cause therefore, it is hereby

    ORDERED that the Fourth Joint Motion to Amend Scheduling Order (ECF No. 265), filed July 27, 2012, is **GRANTED**.  In accordance therewith, it is

    ORDERED that the deadline for designating all affirmative experts (i.e., experts for issues on which a party bears the burden of proof) and providing Rule 26(a)(2) disclosures for such experts, as set forth in paragraph 8(h)(3) of the Scheduling Order, as amended by the Court's Minute Orders of May 3, 2012 and July 2, 2012, is **Monday, September 10, 2012**.  It is

-2-

FURTHER ORDERED that the deadline for designating all rebuttal experts and providing Rule 26(a)(2) disclosures for such experts, as set forth in paragraph 8(h)(4) of the Scheduling Order, as amended, is **Friday, October 5, 2012**.  It is

FURTHER ORDERED that the fact and expert discovery deadline, as set forth in paragraph 8(i) of the Scheduling Order, as amended, is **Wednesday, October 31, 2012**.  It is

FURTHER ORDERED that the dispositive motions deadline, as set forth in paragraph 8(j) of the Scheduling Order, as amended, is **Thursday, November 15, 2012**.  It is

FURTHER ORDERED that the Final Pretrial Conference shall remain set as currently scheduled for **Friday, November 30, 2012, at 9:00 a.m.**

Dated:  August 6, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE