IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff, v.

CENTRA SOFTWARE, INC. and
GENESYS CONFERENCING, INC.,

Defendants.

---

ORDER

---

THIS MATTER is before the Court on the parties' Fifth Joint Motion to Amend Scheduling Order (ECF No. 274), filed September 26, 2012.  Therein, the parties jointly ask the Court to amend the scheduling order in this case, which was last amended on August 7, 2012 (ECF No. 267).  The Court having reviewed the motion and finding good cause therefore, it is hereby ORDERED that the Fifth Joint Motion to Amend Scheduling Order (ECF No. 274), filed September 26, 2012, is GRANTED.  In accordance therewith, it is

ORDERED that the deadline for designating all rebuttal experts and providing Rule 26(a)(2) disclosures for such experts, as set forth in paragraph 8(h)(4) of the Scheduling Order, as amended, be changed from October 5, 2012, to **October 15, 2012**.  It is

FURTHER ORDERED that the fact and expert discovery deadline, as set forth in paragraph 8(i) of the Scheduling Order, as amended, be changed from October 31, 2012, to **November 7, 2012**.  It is

FURTHER ORDERED that the dispositive motions deadline, as set forth in paragraph 8(j) of the Scheduling Order, as amended, be changed from November 15, 2012, to **November 19, 2012**.  It is

FURTHER ORDERED that the Final Pretrial Conference shall remain set as currently scheduled for **Friday, November 30, 2012, at 9:00 a.m.**

Dated: Sept. 26, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge