IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE, INC.;
CENTRA SOFTWARE, LLC; and
SABA SOFTWARE, INC.,

    Defendants.

## **ORDER**

THIS MATTER comes before me on Defendants' Motion to Stay This action Pending Reexamination of the Patent-In-Suit [DE-268].  Defendant seeks an Order from the Court staying the case until the United States Patent and Trademark Office ("PTO") has had another opportunity to reevaluate the patentability of the claims.  Exercising my discretion whether to enter a stay pending the outcome of a PTO reexamination, *see Viskase Corp., v. Am. Nat'l Can Co.,* 261 F.3d 1316, 1328 (Fed. Cir. 2001), I must decline Defendants' request for a stay.  I do not find that any of the factors court's consider in deciding the appropriateness of a stay militate in favor of staying this case.[1]  The case has been pending for 9 years and the '320 patent expires in 2015.  The Court

---

[1] I addressed the four factors in an Order staying the case pending a second reexamination: (1) whether a stay will simplify the issues in question and streamline the trial; (2) whether discovery is complete and whether a trial date has been set; (3) whether a stay would unduly prejudice the nonmoving party or present a clear tactical disadvantage for the moving party; and (4) whether the stay will reduce the burden of litigation on the parties and on the Court.  *See* Order staying case [DE-119](citing *Broadcast Innovation, L.L.C. v. charter Comm'ns Inc.,* 2006 WL 1897165, *4 (D.Colo 2006)).

cannot countenance any further delay of a judicial resolution of this case pending reexamination. Accordingly, it is

ORDERED THAT Defendants' Motion to Stay This action Pending Reexamination of the Patent-In-Suit [DE-268] is DENIED.

Dated: September 27, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE