IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 03-cv-01587-WYD-MEH

EDISYNC SYSTEMS LLC,

    Plaintiff,

v.

CENTRA SOFTWARE INC.;
CENTRA SOFTWARE, LLC; and
SABA SOFTWARE, INC.,

    Defendants.

**ORDER GRANTING EXTENSION AND VACATING FINAL PRETRIAL CONFERENCE**

    The MATTER comes before the Court on the parties' Sixth Joint Motion to Amend Scheduling Order (DE-279), filed November 12, 2012.  Therein, the parties jointly ask the Court to amend the scheduling order in this case, which was last amended on September 26, 2012 (DE-275).  The Court having reviewed the motion and finding good cause therefore, it is hereby ORDERED that the Sixth Joint Motion to Amend Scheduling Order is GRANTED.  In accordance therewith, it is

    ORDERED that the dispositive motions deadline, as set forth in paragraph 8(j) of the Scheduling Order, as amended, be changed from November 19, 2012, to November 28, 2012.

-2-

The Final Pretrial Conference currently scheduled for Friday, November 30, 2012, at 9:00 a.m. is hereby **VACATED**.  The parties shall meet and confer and jointly call chambers to reschedule that conference.

Dated:  November 13, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge