IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    03-cv-1587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE INC.;
CENTRA SOFTWARE, LLC; and
SABA SOFTWARE, INC.,

    Defendants.

---

## **ORDER**

---

THIS MATTER comes before the Court upon the parties' Joint Motion to Re-Open Proceedings, filed on August 28, 2011 [ECF No. 324].   On April 10, 2013, the Court stayed and administratively closed this case, pending the final outcome of the Patent Office's reexamination of the '320 patent, including any subsequent appeal; and further vacated all briefing deadlines and pretrial submissions [ECF No. 322].   The Parties have now informed the Court that on August 23, 2013, the Patent Office issued a Notice of Intent to Issue Ex Parte Re-Examination Certificate ("NIIRC") for the '320 Patent.

Consequently the Parties jointly move to have the stay of this action lifted and the case re-opened so that the it may proceed.

Upon review of the Motion to Re-Open Proceedings and the file in this matter, I find there is good cause for re-opening this case.   I also find that a status conference would be helpful so that the Court can ascertain the status of the case and pretrial matters.   It is hereby

ORDERED that the Parties' Joint Motion to Re-Open Proceedings [ECF Doc. No. 324], filed August 28, 2013, is **GRANTED.**   It is further

ORDERED that the Clerk of the Court shall reopen this case.   It is further

ORDERED that a Scheduling Conference in this case shall take place on **Wednesday, November 20, 2013, at 11:00 a.m.**, in Courtroom A-1002.   It is further

ORDERED that the Parties will meet and confer prior to the scheduling Conference.

Dated:   October 7, 2013

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE