IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   03-cv-01587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE INC.;
CENTRA SOFTWARE, LLC; and
SABA SOFTWARE, INC.,

    Defendants.

## ORDER

On October 7, 2013, I reopened this patent infringement case following an Office Action [ECF No. 324-1] by the United States Patent and Trademark Office ("PTO") reinstating the previously-cancelled claims of Plaintiff EdiSync's Patent No. 5,799,320 ("'320").  On November 20, 2013, I held a status conference and heard argument from both parties.  I ordered the parties to meet and confer and submit a proposed case management order that included neutral, balanced language amending my prior Markman order to reflect the PTO's rulings, orders and changes to the claim construction based on the most recent reexamination order dated August 28, 2013.  Unfortunately, the parties were unable to agree on such language.

Accordingly, I will issue an order in due course modifying my prior Markman order to reflect the PTO's rulings, orders and changes to the claim construction based on the most recent reexamination order dated August 28, 2013.   After the filing of my

-2-

revised Markman order, I will issue a briefing schedule on any summary judgment motions to be filed. The parties shall refrain from filing any documents until the revised Markman order is filed.

Dated: January 7, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE