-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   03-cv-01587-WYD-MEH

EDISYNC SYSTEMS, INC.,

    Plaintiff,

v.

CENTRA SOFTWARE INC.;
CENTRA SOFTWARE, LLC; and
SABA SOFTWARE, INC.,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On April 14, 2014, Magistrate Judge Hegarty issued a Minute Entry for Settlement (ECF No. 343) indicating that this matter has settled.  Accordingly,  Plaintiff's Renewed Motion for Partial Summary Judgment of Infringement (ECF No. 339) is **DENIED WITHOUT PREJUDICE**.  All other briefing deadlines are **VACATED**.

    Dated:  April 15, 2014